**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| KIEFFER & KIEFFER, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-CV-149 CAS |
| ) | |
| DONALD L. SWEAT, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of personal jurisdiction.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of December, 2005.